**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**ONEBEACON INSURANCE COMPANY,**

                        **Plaintiff,**        **08-CV-823A (Sr)**

v.

                                       **AMENDED CASE**
                                       **MANAGEMENT ORDER**

**JOHN R. FREUNDSCHUH, et al.,**

                        **Defendants.**

---

This Court's Case Management Order dated March 12, 2009 is hereby amended as follows:

        1.    All discovery in this case shall be completed no later than **January 29, 2010.**

        2.    Dispositive motions shall be filed by all parties no later than **March 19, 2010.** *See generally* Local Rule 7.1(c); 56. Such motions shall be made returnable before the Magistrate Judge.

        3.    Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until **January 20, 2010**. The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

4. Modification or extension of the dates set forth in this Case Management Order are strongly discouraged. Extensions will only be considered for meritorious reasons.

5. Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

**SO ORDERED.**

DATED: Buffalo, New York
December 17, 2009

    <u> s/ H. Kenneth Schroeder, Jr. </u>
**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**